ISAAC FRANKLIN, Appellant, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Respondents.

(Submitted March 29, 1877 ; decided April 10, 1877.)

*William F. Howe*, for plaintiff in error.

*Benjamin K. Phelps*, for defendants in error.

Agree to affirm; no opinion.

All concur; RAPALLO, J., absent.

Judgment affirmed.